IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GNH GROUP, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 19-1932-CFC |
| ) | |
| GUGGENHEIM HOLDINGS, ) | |
| L.L.C., PREMIER MOTORSPORTS ) | |
| PROPERTIES, LLC, ) | |
| CHRISTOPHER GUGGENHEIM, ) | |
| RUSSELL LEICHT, JR., ) | |
| PARCELCAST, LLC and ONE LIVE ) | |
| LOGISTICS, LLC, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

At Wilmington this 19th day of August in 2020, having considered the Report and Recommendation issued by United States Magistrate Judge Christopher J. Burke on July 27, 2020, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Burke's Report and Recommendation (D.I. 43) is ADOPTED.

2. Parcelcast's motion to dismiss (D.I. 24) is GRANTED IN PART AND DENIED IN PART. The motion is granted with regard to its request to stay pending arbitration and otherwise denied without prejudice to renew.

3. The Leicht Defendants' motion to dismiss (D.I. 27) is DENIED.

4. OneLive's motion to dismiss (D.I. 31) is GRANTED IN PART AND DENIED IN PART. The motion is granted with regard to its request to stay pending arbitration and otherwise denied without prejudice to renew.

5. The Guggenheim Defendants' motion to compel arbitration and for a stay, or alternatively motion to dismiss or motion for a more definite statement (D.I. 29) is GRANTED IN PART AND DENIED IN PART. The motion is granted with regard to its request to compel arbitration and for a stay and is otherwise denied without prejudice to renew.

6. Arbitration is COMPELLED as to Plaintiff's claims against all Defendants except Parcelcase and OneLive and the case is STAYED in its entirety until the completion of the arbitration process.

_____
United States District Judge